UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,



                                  **ORDER**

       -against-                                  96 **CR.** 279 (RMB)

DANIEL COOPER,

                Defendant.
------------------------------------------------------------X

       In light of recent amendments to the United States Sentencing Guidelines, including the retroactive application of the crack/cocaine amendment, counsel for the Defendant is directed to make a written submission to the Court by March 19, 2008 regarding the impact (if any) of the amendments upon this case. See USSG § 1B1.10. Counsel for the Government is directed to respond to the Defendant's submission by March 26, 2008, and to include an updated Bureau of Prisons calculation in its response.

       The Court is scheduling a conference of counsel only for Monday, March 31, 2008 at 12:00 p.m..

Dated: New York, New York
       March 11, 2008

                                              **RICHARD M. BERMAN, U.S.D.J.**