AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIEL COOPER | ) | Case No: 96 CR 279 (RMB) |
|  | ) | USM No: 39384-054 |
| Date of Previous Judgment: 10/21/1997 | ) | LEONARD F. JOY, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **168** months is reduced to **time served**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: **36**          Amended Offense Level: **33** RMB
Criminal History Category: **I**         Criminal History Category: **I**
Previous Guideline Range: **168** to **210** months     Amended Guideline Range: **135** to **168** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
See transcript of proceedings held on April 1, 2008 and May 15, 2008 for a complete record.

Except as provided above, all provisions of the judgment dated **10/21/1997** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **5/15/2008**

Judge's signature: RMBerman

Effective Date: **5/29/2008** (if different from order date)

Printed name and title: Richard M. Berman, United States District Judge